FLN (Rev. 4/2004) Deficiency Order                                                                                                          Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                              Case No. 3:08cv136/RV/EMT

PINNACLE QUEST INTERNATIONAL, et al

---

## ORDER

Defendant Michele Brown's document, **LETTER**, received by the clerk of the court on May 5, 2008 was referred to the undersigned with the following deficiencies:

    The document is not properly captioned for this court. Every paper filed after the complaint must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

    Defendant is advised that she should not address or present to the court in the form of a letter or the like any application requesting relief, citing authorities, or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1). Defendant should file a pleading or motion with a title. The title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party. For example, if Defendant seeks additional time to file an answer to the complaint, she shall title her document "Motion for Extension of Time." The body of the document should state the nature of the filing party's request and the relief sought from the court. *See* N.D. Fla. Loc. R. 5.1(B)(2).

    The document does not have a certificate of service as required by Rules 5(b) and (d) of the Federal Rules of Civil Procedure and Rule 5.1(D) of the Local Rules of the Northern District of Florida, certifying that a copy of the document has been served upon all other parties and specifying the date and method of such service.

FLN (Rev. 4/2004) Deficiency Order                                                                              Page 2 of 2

For these reasons, it is **ORDERED** that:

>The submitted hard copy of the document shall be returned to Defendant Michele Brown by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 9th day of May 2008.

>/s/ *Elizabeth M. Timothy*
>**ELIZABETH M. TIMOTHY**
>**UNITED STATES MAGISTRATE JUDGE**