# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs                                                                          Case No. 3:08cv136/RV/EMT

PINNACLE QUEST INTERNATIONAL, et al

## ORDER

Defendant Michael G. Leonard's document, **NOTICE OF APPEARANCE**, received by the clerk of the court on May 5, 2008 was referred to the undersigned with the following deficiencies:

> The document does not contain Defendant's original signature. An original signature must be affixed to any document filed in paper form. *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

> The document is not in proper form. The title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party. For example, if Defendant seeks additional time to file an answer to the complaint, he shall title his document "Motion for Extension of Time." The body of the document should state the nature of the filing party's request and the relief sought from the court. *See* N.D. Fla. Loc. R. 5.1(B)(2).

For these reasons, it is **ORDERED** that:

> The document shall be filed by the clerk, but the court will not consider it until the above-noted deficiencies have been corrected through the filing of an amended document. Thus, the document is denied without prejudice with leave given to refile after correction.

**DONE AND ORDERED** this 9th day of May 2008.

                                                      /s/ *Elizabeth M. Timothy*
                                                      **ELIZABETH M. TIMOTHY**
                                                      **UNITED STATES MAGISTRATE JUDGE**